644 A.2d 75

IN THE MATTER OF ANTHONY F. PISTILLI, AN ATTORNEY AT LAW.

June 16, 1994.

ORDER

ANTHONY F. PISTILLI of TEANECK, who was admitted to the bar of this State in 1978, having pleaded guilty to one count of second-degree theft by deception in violation of *N.J.S.A.* 2C:20–4 and one count of second-degree conspiracy to commit theft by deception in violation of *N.J.S.A.* 2C:5–2 and *N.J.S.A.* 2C:20–4, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–6(b), ANTHONY F. PISTILLI is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that ANTHONY F. PISTILLI be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that ANTHONY F. PISTILLI comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.